IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Rothstein Law Firm, PA, and David Rothstein, </br></br> Plaintiffs, </br> v. </br></br> Ozgur I. Ozkan, M.D., and Lisa M. Sotir, </br></br></br> Defendants. | C/A No.: 6:17-cv-03096-AMQ </br></br> **ORDER** |

This matter comes before the Court on the Motion to Strike (ECF No. 18) filed by Defendants Ozgur I. Ozkan and Lisa Sotir ("Defendants") in accordance with Rule 12(f) of the *Federal Rules of Civil Procedure*. In their motion, Defendants request an order from the Court striking the Complaint (ECF No. 1) filed by Plaintiffs Rothstein Law Firm, P.A. and David Rothstein ("Plaintiffs") because the Complaint describes communications that are protected by the attorney-client privilege.

On July 13, 2018, Plaintiffs filed a sur-reply (ECF No. 28) in which they consented to the relief requested by Defendants in their Motion to Strike. Therefore, upon consent of the parties and consideration of the record, the Court hereby GRANTS Defendants' Motion to Strike. Plaintiffs' Complaint (ECF No. 1) will be stricken, and Plaintiffs shall be permitted to refile the Complaint, if they choose, omitting the portions of Paragraphs 14, 16, 18, and 24 that Defendants contend are protected by the attorney-client privilege.

**IT IS SO ORDERED**.

s/ A. Marvin Quattlebaum, Jr.
A. Marvin Quattlebaum, Jr.
United States District Judge

July 16, 2018
Greenville, South Carolina